AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>MICHAEL B. LEE and DAVID GEFKE<br><br>*Defendant* | )<br>)<br>)  Case No.  10-1609-TSH<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of  01/31/2010  in the county of  Suffolk  in the _____ District of
Massachusetts , the defendant violated  18  U. S. C. §  894
, an offense described as follows:

Conspire to, and attempt to collect and did collect, using extortionate means, an extension of credit, as described in the attached Affidavit.

This criminal complaint is based on these facts:
See attached Affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

MICHAEL J. KELLY, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 2/05/10  ~~02/10/2010~~

_____
*Judge's signature*

TIMOTHY S. HILLMAN, U.S. Magistrate Judge
*Printed name and title*

City and state:  Boston, Massachusetts